PHILIP FREEMAN, in Behalf of Himself and in Behalf of All Stockholders of THE WHITE MOTOR COMPANY Who Shall Join in This Action and Contribute to the Costs Thereof, Respondent, v. ASHTON G. BEAN and Others, Defendants, Impleaded with WALTER C. TEAGLE and Others, Appellants.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THE EMIGRANT INDUSTRIAL SAVINGS BANK, Respondent, v. W. & W. DEVELOPMENT CORPORATION and Others, Defendants, Impleaded with MAX KASHOWITZ and JOSEPH KASHOWITZ, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

EUGENE NUSSBAUM, Respondent, v. DAILY MIRROR, INC., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

BARRET DE NAZARIS, Appellant, v. NEVIN-ATLANTIC LINES, INC., Respondent, Impleaded with Another.— Order so far as appealed from reversed, with twenty dollars costs and disbursements, without prejudice to an application by defendant Nevin-Atlantic Lines, Inc., to open its default upon proper papers upon such terms as the court may deem just under all the circumstances. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

BENJAMIN B. MARCO and CORA M. HAWKS, Suing on Behalf of STANDARD GAS AND ELECTRIC COMPANY, for Their Own Benefit and for the Benefit of All Other Stockholders of STANDARD GAS AND ELECTRIC COMPANY Similarly Situated, Appellants, v. H. M. BYLLESBY & Co., a Delaware Corporation, and Others, Defendants, Impleaded with STANDARD GAS AND ELECTRIC COMPANY, a Delaware Corporation, Respondent.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. (See *Tauza* v. *Susquehanna Coal Co.*, 220 N. Y. 259, and *Guggenheimer* v. *Beaver Board Companies*, 136 Misc. 511; affd., 229 App. Div. 717.) Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

CITY BANK FARMERS TRUST COMPANY, as Trustee for COLEMAN C. NELSON under Deed of Appointment Dated August 19, 1929, Respondent, v. F. A. D. HOLDING CORPORATION, Appellant, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

LULU K. HEITMAN, Respondent, v. WILLIAM N. HEITMAN, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present— Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.